**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Maj N. Parekh, National Spine and Pain Centers
1150 Professional Court
Suite P.
Hagerstown, MD 21740

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:31 am, May 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY  R.C.  Deputy

DATE 5/14/2024

DIVISION/DISTRICT OFFICE
Washington Division
Hagerstown Resident Office

Case #: 1:24-mj-1167-CDA

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Sample Prescription & Label | DEA Audit |
|  | Original DEA Form 222s |  |
|  | Original ASC Log |  |
|  | Copy of Biennial |  |
|  | Copy of MD BoP Inspection |  |
|  | Original C-II Dispense Logs |  |
|  | Original Order Invoices |  |
|  | Original Non-CII Dispense Logs |  |
|  | Copy of Inventory Report 5/10/2024 |  |
|  | Original Copy of eZ Dispense Binder |  |
|  | Original Pharmatech Services Binder |  |
|  | Original CSOS/Online Ordering Manual |  |
|  | Audit of Controlled Substances |  |
|  | Nothing Follows |  |

RECEIVED BY (Signature): [signature]
WITNESSED BY (Signature): SP McCartney

NAME AND TITLE (Print or Type): Lindsay Pruws, Diversion Investigator
NAME AND TITLE (Print or Type): Guy P. McCartney Affiant

FORM DEA-12 (9-00) Previous editions obsolete